```
FILED
October 29, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D27
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | |
|---|---|---|
| **Case Title :** | Dao Hoa Thi Cao | **Case No :** 09-35942 - B - 13 J |
| | | **Date :** 10/27/09 |
| | | **Time :** 09:32 |

**Matter :** [18] - Motion/Application to Confirm/Modify Chapter 13 Plan [JTN-1] Filed by Debtor Dao Hoa Thi Cao (nsas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Jennifer Tillery
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

## CIVIL MINUTE ORDER

The matter was unopposed. Due to the size of the three related calendars (209 matters), the court made the following ruling without findings.

IT IS ORDERED that the motion is granted, and the amended plan filed September 11, 2009 will be confirmed.

Counsel for the debtors shall submit an order confirming the plan using EDC form 3-081-03 (Rev. 7/1/03) that conforms to the court's ruling and which has been approved by the trustee. The title of the order shall include a specific reference to the filing date of the amended plan.

Dated: October 29, 2009

_____
Thomas C. Holman
United States Bankruptcy Judge