2009-35942
FILED
March 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002442204

Jasmin Nguyen, SBN 233551
Law Offices of Jasmin Nguyen
PO Box 457
Elk Grove, CA 95759
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Dao Hoa Thi Cao<br><br>Debtor/ | Case No.: 09-35942<br><br>**ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN**<br><br>**FILED September 11, 2009** |

The First Amended Chapter 13 Plan ("plan") of the above-named debtors has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtors' plan satisfies the requirements of 11 U.S.C. 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtors shall immediately, notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

3. The debtors shall appear in court whenever notified to do so by the court.

- 1 -

RECEIVED
February 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002442204

**IT IS FURTHER ORDERED** that attorney fees for Debtors' attorney in the full amount of $3,500.00 are approved, $1500.00 of which was paid prior to the filing of the petition. The balance of $2000.00, provided that the attorney and debtor have executed and filed a Rights & Responsibilities of Chapter 13 Debtors and Their Attorney, shall be paid by the trustee from plan payments at the rate of $315.00 per month upon confirmation.

_____
Approved by the Chapter 13 Trustee as to form.

Dated: March 09, 2010

_____
Thomas C. Holman
United States Bankruptcy Judge